The affidavid of mr Jesse Cooler Jr. omit
In The form of a writ of habeus
Corpus    done This date 7-1-22

22-cv-297-CG-B

To: The "Clerk" of The U.S. Distric Court
Case No. — 02-CC-1981-000-725.00

at This time I, don't know, what's pending in
Federal Court Now. For me but IF I've Something
pending please send me copy please. Lawsuit
I believe. Clerk, please send me priper form's
To be release Through writ of habeus Corpus
and I want to File an Civil action Lawsuit
attacking state ordering That keep me Locked up
In The metro County Jail) or mental health I,
Know right from wrong. I've been In remission for
30 year's been Rehabilitated very good 41
year's allmost off and on. without cause, confine
I ask Judge Terry Moorer To Investigate my
whole case please. and Let me go home To my people'
They say They will help me any Kind of way They
Can. I don't've to Tack nothing but a small amount
of medication..I tack everyday. For 42 year's miss
not one day of not tacking my medication..
Cummitfied No Crime in 42 years nothing but a
help Crime in Vegas. Judge Michael A Youngpeter
Circuit Judge—he say I can go home home - but
Turn around and Lock me up again. he's invokeing
his own order. about 5 time's— The group home's are
Full of Cocain drugs rock drug Cocain
Cant Live in groupe home's because I kill a man
on Cocain drugs no more drugs For me I've showed
hand proof, by running away from illegal drugs

The affidavid of Mr Jesse colex Jr 7-7-22

grounds

omit ~~Reasons~~

I ask The Judge Terry moner To let me go To altapoint where I can get treatment For cancer, medical unit or let me go home so I can get Cancer treatment, their I'll be good — I will never Leave mobile as Long as I Live I am 64 years old I need help from The Federal court.

I am a Law biding patient, allways

I pray

Jesse coley

(1) been tacking medication for 42 years

(2) been running away from drugs

(3) in remission for over 30 years

(4) cause no trouble in 42 years in the mental health or Jail

(5) did everything mental health ask me to do everything

(6) got paper works on all the rehabilitation class's I went through

(7) attend all groups everyday for years

(8) had no fights in 42 years

(9) completed everything the mental health had to offer

(10) now sitting around The Jail house on poor Tax paying peoples Taxs money

(11) The Jail house have no treatment for cancer patient

(12).

Mr. Jesse Cooley Jr.
P.O. Box 104 Mobile AL.
Mobile County Metro Jail
36601    New address

Legal mail
Oath

INMATE IN MOBILE CO. JAIL
MOBILE AL
19 JUL 2022

Please Forward IF
Needed    Clerk
TO UNITED STATE,
District Court. THE Federal
Court) 113- St Joseph Stree
Mobile AL, 36602
Southern District of AL