*The affidavit of mr. Jesse Cooly, Jr*

FILED AUG 31 '22 PM 3:12 USDCALS

*pretrial hearing 8-17-22   amended From First Petition*

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA

Name ___Jesse Cooley, Jr.___

Prison Number ___O 200766___

Place of Confinement ___Mobile metro County Jail___

Action No. ___22-00297-CG-B___
(To be supplied by Clerk of U. S. District Court)

___Mr Jesse Cooley J___ (PETITIONER)
(Full name under which you were convicted)

or The mental v. health - miss miller *mental health worker*
___Mr Sam Chochran___ (RESPONDENT) *over 911*
(Name of Warden, Superintendent, Jailor, or authorized person having custody of petitioner)

## PETITION FOR WRIT OF HABEAS CORPUS BY A
## PERSON IN STATE CUSTODY

### Instructions - Read Carefully

(1)  This petition must be legibly handwritten or typewritten, and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2)  Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3)  Upon receipt of a fee of $5, your petition will be filed if it is in proper order.

(4)  If you do not have the necessary filing fee, you may request permission to proceed in forma pauperis, in which event you must complete the "Motion to Proceed Without Prepayment of Fees and Costs" form mailed to you with this form, and have an authorized officer at the jail or prison complete the attached financial statement. The completed forms must be returned to the federal court clerk in Mobile.

(5)  Only convictions entered by one court at the same time may be challenged in a single petition. If you seek to challenge convictions entered by different courts in the same state or in different states, you must file separate petitions as to each court.

*Dont have much education*

*I pray justiced 2*

*Revised 4/2014*

*8-20-22*

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the <u>original</u> and <u>two copies</u> must be mailed to the Clerk of the United States District Court whose address is 113 Saint Joseph Street, Mobile, Alabama 36602.

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

(9) You <u>must</u> <u>immediately</u> advise the Court of any change in your address, e.g., if you are released, transferred, moved, etc. Failure to notify the Court of your new address will result in the dismissal of this petition for failure to prosecute and to obey the Court's order.

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: Circuit Court
   of M obctz County Jail County, Alabama; Case Number Don't know
   Metro    omit    02-CC-1981-00-725,00
   Judge M. peter Young Other court, and case number, if not Circuit Court:

   _____.

2. Date of judgment of conviction 1981 - 1981

3. Length of sentence Not guilty by reason of insanity omit

4. Nature of offense involved (all counts) One Count murder Second degree

   _____

   _____

   _____

5. What was your plea? (Check one)

   (a) Not guilty ✓

   (b) Guilty _____

   (c) Nolo contendere _____

6. Kind of trial: (Check one)

   (a) Jury none

   me The Judge till For Washburnes
   and doctors From Scarey hospital

2

*Revised 4/2014*

(b) Judge only _____✓_____

7. Did you testify at the trial?  Yes _____  No ___✓_____

8. Did you appeal from the judgment of conviction?   Yes _____   No __✓____

9. If you did not appeal, explain briefly why you did not: _The doctors_
_Testerfied - Temperone Insaine_
_I got Sick about my Family with mental-_
_                                              = Problems_

10. If you did appeal, answer the following:

    (a)  Name of court _____

    (b)  Result _Not guilty by reason of Insanity_

    (c)  Date of result ___1981_____

    (d)  Did you file a petition for rehearing?

       Yes _____  No __✓__; if yes, what was the result? _____

       _____

       _____

    When did the court rule on your petition?  __4-1981__

    (e)  Did you file a petition for certiorari?

       Yes _____  No __✓__; if yes, what was the result? _____

       _____

       _____

    When did the court rule on your petition?  __1981__

11.    Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions (Rule 20, Rule 32, Error Coram Nobis, Habeas Corpus), applications, or motions with respect to this judgment in any state court?

       Yes _____  No _____✓_____

12.    If your answer to 11. was "yes," give the following information:

*Revised 4/2014*

(a)(1)  Name of court _____ Date filed ____ *none* ____

  (2)  Nature of proceeding (Rule 32, Rule 20, etc.) _____

_____

  (3)  Grounds raised _____

_____

_____

_____

  (4)  Did you receive an evidentiary hearing on your petition, application, or motion?

      Yes _____  No ____✓____  *none*

  (5)  Result _____

  (6)  Date of result _____

(b) As to any second petition, application or motion, give the same information:

  (1)  Name of court _____ *none* ___ Date filed _____

  (2)  Nature of proceeding _____

  (3)  Grounds raised _____

_____

_____

  (4)  Did you receive an evidentiary hearing on your petition, application, or motion?

      Yes _____  No _*none*___

  (5)  Result _____

  (6)  Date of result _____

(c) As to any third petition, application or motion, give the same information:

  (1)  Name of court _____ Date filed _____

  (2)  Nature of proceeding _____

*Revised 4/2014*

(3) Grounds raised _____ *None* _____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application, or motion?

Yes _____ No __✓__ | *none*

(5) Result _____

(6) Date of result _____

(d) Did you appeal the result of action taken on any petition, application or motion to the highest state court having jurisdiction?

(1) First petition, etc.    Yes _____ No __*None*__

Date filed _____ Result _____

Date of result _____

(2) Second petition, etc.  Yes _____ No _____

Date filed: _____ Result: _____

Date of result _____

(3) Third petition, etc.  Yes _____ No _____

Date filed _____ Result _____

Date of result _____

(e) If you did <u>not</u> appeal from the adverse action on any petition, application or motion, explain briefly why you did not: *my doctors wouldn't Let me—Talk Not guilty by reason Insanity*

_____

13.  State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the <u>facts</u> supporting each ground.  If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

Caution:  In order to proceed in the federal court, you must first exhaust your state court *'s*

*exhaust For 41 years*

*OFF and on*

*Revised 4/2014*

remedies as to each ground on which you request action by the federal court. Also, if you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, you should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(I) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: Violating Constitutional Rights
for Keep Locking mr up without Causes - No Crimes
41-years

1. Supporting FACTS (tell your story briefly without citing cases or law): _____
I've been rehabilitated - To right from wrong Now
In ____ mission) I did everything the doctor's told me To do
___ ___ ) For 42 - years - For rehabilitation's

6                                          Revised 4/2014

2. Did you raise this claim before the state courts on:

Direct appeal: Yes _____ No _____

Rule 20/32 Petition: Yes _____ No _____

Error Coram Nobis: Yes _____ No _____

State Habeas Corpus: Yes _____ No _____

3. If you did not raise this claim before the state courts, tell why you did not: _____

_____

_____

_____

B. Ground two: _____

_____

1. Supporting FACTS (tell your story briefly without citing cases or law): _____

_____

_____

2. Did you raise this claim before the state courts on:

Direct appeal: Yes _____ No _____

Rule 20/32 Petition: Yes _____ No _____

Error Coram Nobis: Yes _____ No _____

State Habeas Corpus: Yes _____ No _____
25. 8

3. If you did not raise this claim before the state courts, tell why you did not: _____

_____ 25, 8 - qbout 5 Times in 42 years off gnd on

_____

_____

7

*Revised 4/2014*

C. Ground three _I Can say That I am a Law biding_
_patient - everything in Court I do by Laws_

    1. Supporting FACTS (tell your story <u>briefly</u> without citing cases or law): _See -_

_petition here.) go by Laws_

    2. Did you raise this claim before the state courts on:

Direct appeal:  Yes _____ No _____

Rule 20/32 Petition:  Yes _____ No _____

Error Coram Nobis:  Yes _____ No _____

State Habeas Corpus:  Yes __✓__ No _____
                      _25.8 Form_

    3. If you did not raise this claim before the state courts, tell why you did not: _____

_25.8_

D. Ground four: _Judges not going by Laws_

    1. Supporting FACTS (tell your story <u>briefly</u> without citing cases or law): _____

_been In The mental health Long enough_
_To be rehabilitati_

    2. Did you raise this claim before the state courts on:

Direct appeal:  Yes _____ No _____

Rule 20/32 Petition:  Yes _____ No _____

Error Coram Nobis:  Yes _____ No _____

State Habeas Corpus:  Yes _____ No _____
    _25.8_

_Revised 4/2014_

<u>ground</u>
                    8-25-22
                                              M. peter-Young
                                                    Judge

   Back in Dec-10-21- one of The worker Call my
Name For A.T.W. I got dress' and When I got ready
To go home. Two of The County Jail worker push me
in a Sherif Car, and Took me To birminham AL
Both County worker had gun's on Them. So I coud<sup>n</sup>t
say nothing To Them. I did<sup>n</sup>t get an order From The
Judge. To go To The Call It hill Crest hospital
in birmingham AL. on about The -10-21 beFore Xmas The
worker said I've got To Stay For (90) day's aFter (90) day's
The worker say I've got To Stay (6 month's) aFter (6 month)
The worker say I got To stay (9month') So aFter (9month')
The worker ask me did I want To go To group home in
Tuscaloosa Al.) - I said yes For social aJustment I'll go
but when I got To group home - It Were Fill with drug's
Dealer. They Try To give me some Cocain power. I said n
The Judge will get me and put me in Jail and I Kill a man
on Cocaine. I said no. and I Call The police on The drug
dealery's. They The drug dealer Came Back The Next day said
if I dont Leave They are going To Kill me So I Left The ghoop
home. To try and get help... aFter I LeFt The mobile county
metro Jail - and stayed. 9 month. The worker's at The hill Crest
in birmingham gave me This, In The Circuit Court of mobile -
-County-ALABAMA ) STATE OF AL - v Cooley Jesse Jr-deFendant
- Case No. SC-1981-000-725.00 - ORDER motion To release
with condition's Filed by state-of-AL. is hereby Granted
   ( No Drugs illegal) I go by The Law's. I, didn't use The drugs
but I get back in Jail For not using The drugs. I ask The
Federal Court to release me now. Or please Let me go To home) I pray

3. If you did not raise this claim before the state courts, tell why you did not: _____

_____ *The State Court "not guilty by reason of insanity*

_____

_____

14.    A. Have any of the grounds listed in this present habeas corpus petition ever been raised by you in any other <u>federal</u> habeas corpus petition? Yes __✓__ No _____. If yes, which grounds? _____ *Long Time ago habeas Corpus*

_____ *In Federal Court* _____

State the name and case number of your previous federal habeas corpus petition: _____

*The Federal Court did not hear my case*

*because The State Court rule To Let me go home* — 2019

B. Have you previously filed a habeas corpus petition attacking this present conviction in this or any other federal court? Yes __✓__ No _____. If yes, state the name and case number of your previous federal habeas corpus petition: _____

_____ *Long Time ago In Federal Court dont Know —*

_____ *— The date*

_____

15. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes _____ No __✓__. If yes, name the court:_____

_____

and state the name and case number of the petition or appeal: _____ *None* _____

16. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing _____ *None* _____

_____

(b) At arraignment and plea _____

_____

(c) At trial _____

_____

*Revised 4/2014*

(d) At sentencing ___ Negibeye of Insan NONC ___

(e) On appeal ___

(f) In any post-conviction proceeding ___

(g) On appeal from any adverse ruling in a post-conviction proceeding ___

17. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ___   No _✓_

18. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?   Yes ___   No _✓_         NONC

   (a) If so, give name and location of court which imposed sentence to be served in the future:

   ___

   ___

   (b) And give date and length of sentence to be served in the future: ___

   ___

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?   Yes ___   No _NONC_

19.    TIMELINESS OF PETITION: This petition is subject to a one-year statute of limitations contained in The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), 28 U.S.C. § 2244(d):

   **(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.  The limitation period shall run from the latest of –**

      **(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;**

      **(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed,**

*Revised 4/2014*

if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If your judgment of conviction became final over one year ago, you must explain, in the space provided below, why the one-year statute of limitations contained in 28 U.S.C. § 2244(d) does not bar your petition.

The Judge m. peter young Kept putting warren's on me everywhere I go. I had a good reason For Leaving The mental health - They Try To cause bodly harm To me no Limitation For Trying, even The group home's my earthly Father call The Federal Court and Told The Clerk That The people at The group home were giving me medication That were making my blood pressere go Sky high. The mental heauth also were giving me mc medication That made my blood prusser go Too high - I Check my blood pressure 5 Time Sen - I been out at one time Nomal blood prusser need no blood pressure medication) Now omit

Now I've cancer Too Type's - can't get no Treatment in The Jailu house

*Revised 4/2014*

I want To go home or altapoint medical unit OR Independent housing I train For The mental can bring medication To house

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

*appointed By State*

*miss ashicy Alicxander*

_____
Signature of Attorney (if any)

*Omit ha~~D~~ ~~to~~ mr. Dicltcrson*

_____
Typed or printed name of attorney (if any)

*They did nothing For me*
*The Lawyer would Let me Say nothing*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and *at my -* correct. Executed and delivered to custodial authorities for mailing on ___JC___ *, hearing-*
*-8-6-22-*
*-no order*

___8/26/22_____
(date)

___Jesse Cooly &_____
Signature of Petitioner

Current mailing address
*PO BOX 104 mobile AL*
*3660/ mobile County metho Jail*

*S*
*I've god CancerTwoTypes*
*I can't get fight treatment*
*here in altapointmenf health —house*
*[1] I train For Inovenependent Livins*

*[—], gave other Form For (5 Five) dollars*
*Or proceed in Forma pauperis*
*To money Clerlt - he-or-She need to*
*Fill Them out and give Them Back To me*
*Or The Fedral Count - asIt The money Clerlt's*
*here IF youall don't have The forms Or*
*order he-or-She To givor To you all*
*They may need more Time um good.*

*I, pray- 8-20-22*
*Jesse cooly &*

12                                                          *Revised 4/2014*

INMATE IN MOBILE CO. JAIL

MR. Jesse Cooley Jr.
P.O. Box 104 mobile Al
36601 - 24095
mobile county metro
Jail.

CLERK

c/ United States Distr
Court Southern Distr
of Alabama - 155 St.
Joseph Street
mobile Alabama
36602