IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

Name __Mr Jesse Cooley Jr   Jesse Cooley Jr_____

Prison Number __NONE_____

Place of Confinement __Hill Crest behavioral health services__

Action No. _____22-00297-CG-B_____
(To be supplied by Clerk of U. S. District Court)

__Mr Jesse Cooley Jr_____(PETITIONER)
(Full name under which you were convicted)

v.

__ALA Department of mental health__(RESPONDENT)
(Name of Warden, Superintendent, Jailor, or authorized person having custody of petitioner)

### PETITION FOR WRIT OF HABEAS CORPUS BY A
### PERSON IN STATE CUSTODY

Instructions - Read Carefully

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5, your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed in forma pauperis, in which event you must complete the "Motion to Proceed Without Prepayment of Fees and Costs" form mailed to you with this form, and have an authorized officer at the jail or prison complete the attached financial statement. The completed forms must be returned to the federal court clerk in Mobile.

(5) Only convictions entered by one court at the same time may be challenged in a single petition. If you seek to challenge convictions entered by different courts in the same state or in different states, you must file separate petitions as to each court.

*Revised 8/2015*

2. Did you raise this claim before the state courts on:

Direct appeal:  Yes _____ No __✓__

Rule 20/32 Petition:  Yes _____ No __✓__

Error Coram Nobis:  Yes _____ No __✓__

State Habeas Corpus:  Yes _____ No __✓__ DoJ no need Too

3. If you did not raise this claim before the state courts, tell why you did not: _____

The Department of Justice had a talk with (m) peter young Judge

B. Ground two: _____

1. Supporting FACTS (tell your story briefly without citing cases or law): _____

I've got extensive Rehabilitation Not a danger to my self or others

2. Did you raise this claim before the state courts on:

Direct appeal:  Yes _____ No __✓__

Rule 20/32 Petition:  Yes _____ No __✓__

Error Coram Nobis:  Yes _____ No __✓__

State Habeas Corpus:  Yes __DoJ__ No __✓__

3. If you did not raise this claim before the state courts, tell why you did not: _____

DoJ Told me to not go Back to The State Judge no more

C. Ground three __none__ __Do not understand__

1. Supporting FACTS (tell your story briefly without citing cases or law): _____

   I've been In The mental health or with The mental health — for 43 year's

2. Did you raise this claim before the state courts on:

   Direct appeal: Yes ____ No ✓

   Rule 20/32 Petition: Yes ____ No ✓

   Error Coram Nobis: Yes ____ No ✓

   State Habeas Corpus: Yes ____ No ✓

3. If you did not raise this claim before the state courts, tell why you did not: _____

   DoJ told me not Too no need Too

D. Ground four: __none__

1. Supporting FACTS (tell your story briefly without citing cases or law): _____

   I want To go home

2. Did you raise this claim before the state courts on:

   Direct appeal: Yes ____ No ✓

   Rule 20/32 Petition: Yes ____ No ✓

   Error Coram Nobis: Yes ____ No ✓

   State Habeas Corpus: Yes ____ No ✓

8

*Revised 8/2015*

3. If you did not raise this claim before the state courts, tell why you did not: _____
   _The DoJ Told me no more Now_
   _state_

14. A. Have any of the grounds listed in this present habeas corpus petition ever been raised by you in any other <u>federal</u> habeas corpus petition? Yes ____ No __✓__. If yes, which grounds? _____

   State the name and case number of your previous federal habeas corpus petition: _____
   _all I Know 22-00297-C-G-B  please cooler Jr_

   B. Have you previously filed a habeas corpus petition attacking this present conviction in this or any other federal court? Yes ____ No __✓__. If yes, state the name and case number of your previous federal habeas corpus petition: _____

15. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes ____ No __✓__. If yes, name the court: _____

   and state the name and case number of the petition or appeal: _None_

16. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

   (a) At preliminary hearing _don't know Now_ 
   _None No good Lawyers_

   (b) At arraignment and plea _____

   (c) At trial _____ _None_ _Just The Judge and Doctor's No Lawyer God me_

9                                                       Revised 8/2015

(d) At sentencing _NGRI Not guilty by reason of insan_

(e) On appeal _none_

(f) In any post-conviction proceeding _none_

(g) On appeal from any adverse ruling in a post-conviction proceeding _none_

17. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ____ No ✓

18. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? Yes ____ No ✓

   (a) If so, give name and location of court which imposed sentence to be served in the future:
   _no none_

   (b) And give date and length of sentence to be served in the future: _none_

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? Yes ____ No ✓

19.  TIMELINESS OF PETITION: This petition is subject to a one-year statute of limitations contained in The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), 28 U.S.C. § 2244(d):

   (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of –

      (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

      (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed,

if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If your judgment of conviction became final over one year ago, you must explain, in the space provided below, why the one-year statute of limitations contained in 28 U.S.C. § 2244(d) does not bar your petition.

I need treatment for my Cancer now. or Infection now over one year is Too Long please now soon I ask The Federal Judge To Let me go home Iv had too much extensive rehabilitation not a danger To myself or others (3) mental hospital done Told The Judge State That I am not a danger to myself or other. Why am I still In The mental health

11                                                                              Revised 8/2015

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____none - no help_____
Signature of Attorney (if any)

_____none   no help_____
Typed or printed name of attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed and delivered to custodial authorities for mailing on _____

11-5-23 Jesse Cooley
(date)

_Jessi Cooley_
Signature of Petitioner

Hillcrest behavioral
Current mailing address
health Services (Crus(2)
6869 5th Ave S,
Birmingham AL 35212

12                                                       Revised 8/2015

The ~~granting~~
of ~~mudus codey~~
all grounds

1 ~~given a life~~
 due process

2- I've been with the department
for over 30 years + taking medication

3- I've gotting Extensive treatment
from the mental health in alabama

4- I've not violated sence 1980
No other crimes

5- I've been put in Jail unlawful
3-time for no reason

omit → The mental health people / doctor's told
the m/ peter young / Judge that I am
not a danger to myself or others
over and over again.

6- I've 38 certifide cirtificate
of completion from being in the
mental health. They don't have
nothing for me to do - but the same
things over again, again "Crule
and unusual ponishment

7 I had to Leave the haifway
house's because of drugs Illegal drugs
I did everything the doctor ask me
to do. In the mental heacth system
go to class's all day for years

8 You all can see everywere I, go
I, do very good to help myself

No violation of
conditional release

I pray
Isaac ~~coch~~
11-10-2023

IN The Circuit Court of mobile County Alabama

I've a copy of this form from the Judge

STATE OF Alabama
-mental v health

Cooley Jesse Jr
defendant

Case No. 22-00-325-TFm-1
Case - 1981-000-725.00

ORDER

Motion To release with condition filed by State OF ALABAMA is hereby GRANTED
Done this 28th day of July 2021
Circuit Judge
S/ michael A youngpeter

The Judge youngpeter told me that if I, use drugs I'll be going back To Jail, I, didnt use drugs In The Indian rivers now um In Jail ~~still~~ again
          omit

I've got a right To be Treated In a clean ~~these~~ place without someone - omit
asking me To buy ellage drugs
~~At they~~ all I new is To Just walk away -

I pray

Judge also told me If I feel myself getting back sick I can go seek help In another mental health - and I don't need To be or come back To This court No drugs

- From dope or drugs

Mr Jesse Cooley Jr
Hill Crest Behavioral
Health services
6869 Fifth Ave
South Birmingham AL
   35212



CLERK

TO UNITED States district
Court Southern district
OF ALABAMA — 155
ST Joseph Street
mobile alabama 36602
United states
magistrate Judge /S/ SONJa F. BiViNS
OFFICAIL BusiNess