# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA

Name _Jesse Cooley Jr_

Prison Number _0260266_

Place of Confinement _Hill Crest behavioral health service_
_6869 Fifth Avenue South_
Omit  Action No. _Birmingham AL 35212_
(To be supplied by Clerk of U. S. District Court)

_Jesse Cooley Jr_ (PETITIONER)
(Full name under which you were convicted)

v.

_Department of Mental health_ (RESPONDENT)
(Name of Warden, Superintendent, Jailor, or authorized person having custody of petitioner)

## PETITION FOR WRIT OF HABEAS CORPUS BY A
## PERSON IN STATE CUSTODY

Instructions - Read Carefully

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5, your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed in forma pauperis, in which event you must complete the "Motion to Proceed Without Prepayment of Fees and Costs" form mailed to you with this form, and have an authorized officer at the jail or prison complete the attached financial statement. The completed forms must be returned to the federal court clerk in Mobile.

(5) Only convictions entered by one court at the same time may be challenged in a single petition. If you seek to challenge convictions entered by different courts in the same state or in different states, you must file separate petitions as to each court.

_Revised 1/2021_

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the <u>original</u> and <u>two copies</u> must be mailed to the Clerk of the United States District Court whose address is 155 Saint Joseph Street, Mobile, Alabama 36602.

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

(9) You <u>must immediately</u> advise the Court of any change in your address, e.g., if you are released, transferred, moved, etc. Failure to notify the Court of your new address will result in the dismissal of this petition for failure to prosecute and to obey the Court's order.

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: Circuit Court of _Mobile Alabama_ County, Alabama; Case Number _0200766_; Judge _M - Michal Peter yo jr g_. Other court, and case number, if not Circuit Court:

_____

2. Date of judgment of conviction _1981 Judge Tuttermashburn_

3. Length of sentence _Not guilty by reason of insanity_

4. Nature of offense involved (all counts) _murder_

_____

_____

_____

5. What was your plea? (Check one)

    (a) Not guilty _✓_

    (b) Guilty _____

    (c) Nolo contendere _____

6. Kind of trial: (Check one)

    (a) Jury _none_

(b) Judge only __M michai Peter Youwd__

7. Did you testify at the trial?  Yes _____ No __✓__

8. Did you appeal from the judgment of conviction?  Yes _____ No __✓__

9. If you did <u>not</u> appeal, explain briefly why you did not: __Didn't know address or how to do It didn't know and Understand needed a Lawyer__

10. If you <u>did</u> appeal, answer the following:

    (a) Name of court __NA__

    (b) Result __NA__

    (c) Date of result __NA__

    (d) Did you file a petition for rehearing?

    Yes _____ No __✓__; if yes, what was the result? _____

When did the court rule on your petition? __NA__

    (e) Did you file a petition for certiorari?

    Yes _____ No __✓__; if yes, what was the result? _____

When did the court rule on your petition? __NA__

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions (Rule 20, Rule 32, Error Coram Nobis, Habeas Corpus), applications, or motions with respect to this judgment in any state court?

    Yes _____ No __✓__

12. If your answer to 11. was "yes," give the following information:

(a)(1) Name of court __NONE__ Date filed __NONE - N/A__

(2) Nature of proceeding (Rule 32, Rule 20, etc.) __NONE - N/A__

_____

(3) Grounds raised __NONE - N/A__

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application, or motion?

Yes _____ No __✓__

(5) Result __N/A__

(6) Date of result __N/A__

(b) As to any second petition, application or motion, give the same information:

(1) Name of court __N/A__ Date filed _____

(2) Nature of proceeding __N/A__

(3) Grounds raised __N/A__

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application, or motion?

Yes _____ No __✓__

(5) Result __N/A__

(6) Date of result __N/A__

(c) As to any third petition, application or motion, give the same information:

(1) Name of court __N/A none__ Date filed __N/A__

(2) Nature of proceeding __N/A__

4

*Revised 1/2021*

(3) Grounds raised __N/A   None__

(4) Did you receive an evidentiary hearing on your petition, application, or motion?

   Yes _____ No __✓__

(5) Result __N/A__

(6) Date of result __N/A__

(d) Did you appeal the result of action taken on any petition, application or motion to the highest state court having jurisdiction?

   (1) First petition, etc.   Yes _____ No __✓__

   Date filed __N/A__   Result __N/A__

   Date of result __N/A__

   (2) Second petition, etc. Yes _____ No __✓__

   Date filed: __N/A__   Result: __N/A__

   Date of result __N/A__

   (3) Third petition, etc. Yes _____ No __✓__

   Date filed __N/A__   Result __N/A__

   Date of result __N/A__

(e) If you did <u>not</u> appeal from the adverse action on any petition, application or motion, explain briefly why you did not: __I did'nt Know how - No Farms__

13. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the <u>facts</u> supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

   Caution: In order to proceed in the federal court, you must first exhaust your state court

Revised 1/2021

remedies as to each ground on which you request action by the federal court. Also, if you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

<u>Do not check</u> any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(I) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: _____ B A N A _____

1. Supporting FACTS (tell your story <u>briefly</u> without citing cases or law): _____

I have gotten Extensive Rehabilitation
I've not Commit a Crime in 44 years
Not a danger To my Self or others       in Jan
All evidence should show - your computer should show

2. Did you raise this claim before the state courts on:

Direct appeal: Yes _____ No __✓__ don't know how

Rule 20/32 Petition: Yes _____ No __✓__

Error Coram Nobis: Yes _____ No __✓__

State Habeas Corpus: Yes _____ No __✓__

3. If you did not raise this claim before the state courts, tell why you did not: _____
didn't because The DoJ Told me I didn't have To go Back To The state courts again Thats all I Know

B. Ground two: _____ None _____

_____

1. Supporting FACTS (tell your story briefly without citing cases or law): _____
The DoJ Sent me a Litter Long ago In 2021

2. Did you raise this claim before the state courts on:

Direct appeal: Yes _____ No __✓__

Rule 20/32 Petition: Yes _____ No __✓__

Error Coram Nobis: Yes _____ No __✓__

State Habeas Corpus: Yes _____ No __✓__ No Forms 25.8

3. If you did not raise this claim before the state courts, tell why you did not: _____
all I know is That Judge m-michel peter youn, had a hearing on me he Told me not To Say nothing In The court room

7                                                    Revised 1/2021

C. Ground three _____ NA _____

1. Supporting FACTS (tell your story briefly without citing cases or law): _____

~~I~~ omit ~~Innocent~~ I Should be at home
I've not ~~omit~~ committed No Crimes

2. Did you raise this claim before the state courts on:

Direct appeal: Yes _____ No ✓

Rule 20/32 Petition: Yes _____ No ✓

Error Coram Nobis: Yes _____ No ✓

State Habeas Corpus: Yes ✓ For Years  No _____

3. If you did not raise this claim before the state courts, tell why you did not: None

None, NA,

None, NA,

None, NA,

D. Ground four: _____ None, NA, _____

None, NA,

1. Supporting FACTS (tell your story briefly without citing cases or law): _____

The State Keep Locking me up for No reason
a misdemeanor — first Time 18 month next 19 month,
only carries 1 Year in Jail

2. Did you raise this claim before the state courts on:

Direct appeal: Yes _____ No ✓

Rule 20/32 Petition: Yes _____ No ✓

Error Coram Nobis: Yes _____ No ✓

State Habeas Corpus: Yes ✓ No _____

25,8
forms  8                                          Revised 1/2021

3. If you did not raise this claim before the state courts, tell why you did not: _____

_See page 8) 2258 forms_

14. A. Have any of the grounds listed in this present habeas corpus petition ever been raised by you in any other <u>federal</u> habeas corpus petition? Yes _____ No _____. If yes, which grounds? _____

State the name and case number of your previous federal habeas corpus petition: _____

_NA  None_

B. Have you previously filed a habeas corpus petition attacking this present conviction in this or any other federal court? Yes _____ No __✓__. If yes, state the name and case number of your previous federal habeas corpus petition: _____

15. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes _____ No __✓__. If yes, name the court: _____

and state the name and case number of the petition or appeal: _None NA_

16. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing _No good Lawyer Dickersen, public defender and some Lady Lawyer in The public defender office_

(b) At arraignment and plea _None NA_

(c) At trial _None (a) civil NA_

9                                       Revised 1/2021

(d) At sentencing _No one But The Judge The doctor's_
_That's all not guilty by reason insanity_

(e) On appeal _None NA_

_____

(f) In any post-conviction proceeding _None NA_

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _None_
_None NA_

17. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?  Yes _____  No __✓__

18. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?  Yes _____  No __✓__

   (a) If so, give name and location of court which imposed sentence to be served in the future:
   _not guilty by reason of insanity_

   _____

   (b) And give date and length of sentence to be served in the future: _None NA_

   _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?  Yes _____  No __✓__

19.  TIMELINESS OF PETITION: This petition is subject to a one-year statute of limitations contained in The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), 28 U.S.C. § 2244(d):

   **(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of –**

   **(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;**

   **(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed,**

if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If your judgment of conviction became final over one year ago, you must explain, in the space provided below, why the one-year statute of limitations contained in 28 U.S.C. § 2244(d) does not bar your petition. all I know is That Is been 43 years with The State - I've been working with The State Court - for Years. now It time for me To go home. No charges on me. not a danger To myself or others. I did everything They ask me, over and over again.

Crule and Unuseual ponishment

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

_____
Typed or printed name of attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed and delivered to custodial authorities for mailing on __12-5-2023__
__12-5-23__                                                    __12-5-23__
(date)

_Jesse Cooly Jr_____
Signature of Petitioner

Current mailing address
hillcrest Behavioral
health Services 6869 Unit
5th Ave South Birmingham
AL 35212

12                                                              Revised 1/2021

Mr Jesse Cooley Jr
Hillcrest behavioral
Health Services
6869 Fifth Ave South
Birmingham, AL 35212



TO → United states District Court
Southern district of ALABAMA
Clerk
155 st Joseph street
mobile ALABAMA 36602
Official Business
TOO /s/ SONJA F. BIVINS
Hon United states magistrate Judge