IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESSE COOLEY, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIV. ACT. 1:22-cv-00297-CG-B |
| | ) |
| KIMBERLY G. BOSWELL, | ) |
| Commissioner, Alabama | ) |
| Department of Health, | ) |
| | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Petitioner's § 2254 habeas petition (Doc. 32) and this action are **DISMISSED** without prejudice.  The Court further finds that any requests for a certificate of appealability or for permission to appeal *in forma pauperis* is **DENIED**.

**DONE** and **ORDERED** this 24th day of April, 2024.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE