IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESSE COOLEY, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIV. ACT. 1:22-cv-00297-CG-B |
| | ) |
| KIMBERLY G. BOSWELL, | ) |
| Commissioner, Alabama | ) |
| Department of Health, | ) |
| | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Petitioner's § 2254 habeas petition (Doc. 32) and this action is **DISMISSED** without prejudice.  The Court further finds that any requests for a certificate of appealability or for permission to appeal in forma pauperis is **DENIED**.

**DONE** and **ORDERED** this 1st day of May, 2024.

/s/Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE