IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JESSE COOLEY, JR.,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIV. ACT. 1:22-cv-00297-CG-B |
| | ) |
| **KIMBERLY G. BOSWELL,** | ) |
| **Commissioner, Alabama** | ) |
| **Department of Health,** | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Petitioner's § 2254 habeas petition (Doc. 32) and this action are **DISMISSED** without prejudice. The Court further finds that any requests for a certificate of appealability or for permission to appeal in forma pauperis is **DENIED**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 1st day of May, 2024.

/s/Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE